IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**BOBBIE BLANCHARD,**

**Plaintiff,**

v.                                                            No. 15-1295-DRH

**NORTH AMERICAN CREDIT SERVICES,**

**Defendant.**

## ORDER

**HERNDON, District Judge:**

This matter is before the Court *sua sponte*. Due the untimely death of plaintiff's counsel, the Court issued an Order staying the case and allowing plaintiff 90 days for new counsel to enter an appearance for plaintiff or to advise the Court that plaintiff is proceeding *pro se* in this matter (Doc. 19). The Order also warned plaintiff that the failure to comply with the Court's directives may result in the dismissal of her case for failure to prosecute. Plaintiff has failed to take any action. Thus, pursuant to Federal Rule of Civil Procedure 41(b) and the Court's inherent authority to manage its docket, the Court **DISMISSES without prejudice** this cause of action for failure to prosecute. *See In re Bluestein & Co.,* 68 F.3d

1022, 1025 (7th Cir. 1995). The Court will close the file. The Court **DIRECTS** the Clerk of the Court to send plaintiff a copy of this Order at the address located on the docket sheet.

    **IT IS SO ORDERED.**

    Signed this 4th day of October, 2016.

Digitally signed by
Judge David R. Herndon
Date: 2016.10.04
10:49:18 -05'00'

**United States District Judge**